IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case Number: 3:25-cr-102-RCY |
| ) | |
| AHSHAH DIOR MARTIN, ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO RECONSIDER THE COURT'S
ORDER REVOKING PRETRIAL RELEASE**

COMES NOW, Ahshah Dior Martin, by and through counsel, Carolyn V. Grady, and hereby moves this Court to reconsider the Court's Order Revoking Ms. Martin's Pretrial Release, entered after Ms. Martin's bond revocation hearing on August 26, 2025. ECF Nos. 24, 25. Ms. Martin respectfully requests that the Court allow her to be released on electronic monitoring until her sentencing on November 20, 2025.

The brief chronology of events leading to this motion is as follows:

1. On or after May 16, 2025, Ms. Martin was issued a Target letter and counsel was appointed. Thereafter on June 20, 2025, a one count Criminal Information was filed in this case, charging Ahshah Dior Martin with Bank Fraud, in violation of 18 U.S.C. § 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p). ECF No. 2.

2. On June 23, 2025, the Court set Ms. Martin's Initial Appearance & Bond Hearings for July 9, 2025, at 1:30 PM, before the Honorable Summer L. Speight, and set Ms. Martin's Plea Agreement Hearing for July 9, 2025, at 2:00 PM, before the Honorable Roderick C. Young. A summons for Ms. Martin to appear at the hearings was also issued. ECF No. 4. The hearings were later rescheduled to July 22, 2025, at 1:30 PM. ECF Nos. 6, 7.

3. On July 22, 2025, Ms. Martin appeared before Magistrate Judge Summer L. Speight for an Initial Appearance and Bond Hearing, wherein counsel was appointed to Ms. Martin and as the government did not seek detention in the case, Ms. Martin was released with conditions. ECF Nos. 10, 11. Also on July 22, 2025, Ms. Martin appeared before District Judge Roderick C. Young for a Plea Agreement Hearing, wherein Ms. Martin entered a plea of guilty as to Count One of the Criminal Information, and a sentencing hearing was set for November 20, 2025. ECF Nos. 12-16.

4. On August 25, 2025, the Court entered a Petition for Action on Conditions of Pretrial Release, wherein United States Probation Officer Travis Holman notified the Court that on August 5, 2025, Ms. Martin was arrested in Petersburg, Virginia, and that on August 11, 2025, she was arraigned on charges of Use Computer for Harassment and Threat in Writing. ECF No. 18. The offense date was August 1, 2025, and Ms. Martin's next court date was set for October 10, 2025, in Petersburg General District Court. *Id.* An arrest warrant was issued, and Ms. Martin was arrested the same day. ECF No. 21.

5. Also on August 25, 2025, Ms. Martin reported to the courthouse and appeared before Magistrate Judge Summer L. Speight for an Initial Appearance re: Revocation of Pretrial Release, wherein temporary detention was ordered, and a Bond Revocation Hearing was set for August 26, 2025. ECF Nos. 22, 23.

6. On August 26, 2025, Ms. Martin appeared before District Judge Roderick C. Young for a Bond Revocation Hearing, wherein, after hearing evidence about the alleged crime, and argument of counsel, the Court found Ms. Martin guilty of violating the terms of her pretrial release and revoked her pretrial release status. ECF Nos. 24, 25. Ms. Martin was subsequently remanded to the custody of the United States Marshals Service pending her sentencing hearing on

November 20, 2025. *Id.* Ms. Martin has been in the custody of the U.S. Marshals Service since August 25, 2025.

7. On October 10, 2025, a hearing was held for the pending Use Computer for Harassment (Petersburg General District Court case no. GC25007347-00) and Threat in Writing (Petersburg General District Court case no. GC25007346-00) cases, wherein both cases were nolle prosequied. The complainant in that case is an extended family member of Ms. Martin's, and the dispute was the result of a familial disagreement that became much bigger than necessary. The complainant has withdrawn her wish to press charges against Ms. Martin, and the parties wish to move forward from this incident. The Court saw evidence at the bond revocation hearing that the alleged victim in that case did not want to prosecute on August 25, 2025.

8. Ms. Martin has proven that she is not a flight risk and has greatly learned from this recent incarceration experience where her statements of the internet has unexpectedly cost her precious time with her young children and her freedom. She requests that she be released to home detention with location monitoring to allow her to get her affairs in order with her children, to stabilize their environment, and to prepare for her sentencing on November 20, 2025.

WHEREFORE, Ms. Martin asks this Court to grant the motion to reconsider and allow Ms. Martin to be released from the Piedmont Regional Jail to home detention with location monitoring in order to adequately prepare her children and home for the possibility of incarceration once she is sentenced in this case on November 20, 2025.

                                             Respectfully Submitted,
                                             AHSHAH DIOR MARTIN

By:           /s/
               Carolyn V. Grady
               Assistant Federal Public Defender
               Va. Bar No. 30445
               Attorney for Ahshah Dior Martin
               Office of the Federal Public Defender
               Eastern District of Virginia
               701 E. Broad Street, Suite 3600
               Richmond, VA 23219
               (804) 565-0855 (direct)
               (804) 800-4214 (fax)
               Carolyn_Grady@fd.org